# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RUSSO,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　　　　　Defendant. | Case No.:  19-CV-1622 W (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 27]** |

　　　Pending before the Court is a joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 27] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.  The parties shall each bear their own fees and costs.

　　　**IT IS SO ORDERED**.

Dated:  April 30, 2020

_____
Hon. Thomas J. Whelan
United States District Judge